IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-11541TPA |
| | : | |
| CHRISTOPHER J. FARRELL, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| SETERUS, INC., | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. |
| | : | |
| CHRISTOHPER J. FARRELL; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : : : | |
|    Respondents. | : | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                            Respectfully submitted,

                                            QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                            BY:    /s/Michael S. JanJanin
                                                   Michael S. Jan Janin, Esquire
                                                   PA Id. No. 38880
                                                   2222 West Grandview Boulevard
                                                   Erie, Pennsylvania 16506-4508
                                                   Telephone: 814-833-2222, Extension 1045
                                                   Direct Dial: 814-314-1051
                                                   Facsimile: 814-833-6753
                                                   E-Mail: mjanjanin@quinnfirm.com
                                                   Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-11541TPA |
| | : | |
| CHRISTOPHER J. FARRELL, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| SETERUS, INC., | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|        v. | : | RELATED TO CLAIM NO. |
| | : | |
| CHRISTOHPER J. FARRELL; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 11, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: January 11, 2018

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

        BY:    /s/Michael S. JanJanin
               Michael S. Jan Janin, Esquire
               PA Id. No. 38880
               2222 West Grandview Boulevard
               Erie, Pennsylvania 16506-4508
               Telephone: 814-833-2222, Extension 1045
               Direct Dial: 814-314-1051
               Facsimile: 814-833-6753
               E-Mail: mjanjanin@quinnfirm.com
               Counsel for Debtor

#1100643