**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　CHRISTOPHER J. FARRELL | FILED<br>12/14/18 8:20 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No. 13-11541TPA |
| 　　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>CHRISTOPHER J. FARRELL | Chapter 13<br><br>Document No. 54 |
| 　　　　Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___14th___ day of __December__, 20_18_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Fmc Technologies
Attn: Payroll Manager
11220 Tc Jester
Houston, TX 77067

is hereby ordered to immediately terminate the attachment of the wages of CHRISTOPHER J. FARRELL, social security number XXX-XX-8728. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTOPHER J. FARRELL.

BY THE COURT:

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-11541-TPA
Christopher J. Farrell                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: aala              Page 1 of 1              Date Rcvd: Dec 14, 2018
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.
db             +Christopher J. Farrell,    5017 East Lake Road,    Erie, PA 16511-1418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2018 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
        Andrew F Gornall    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
         Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
         andygornall@latouflawfirm.com
        Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
         Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
         heather@mvrlaw.com, Michelle@mvrlaw.com
        James Warmbrodt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
         Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
         bkgroup@kmllawgroup.com
        Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
         Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
         jeniece@mvrlaw.com, bonnie@mvrlaw.com
        Michael S. Jan Janin    on behalf of Debtor Christopher J. Farrell mjanjanin@quinnfirm.com,
         knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 8