IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-11541TPA |
| | : | |
| CHRISTOPHER JOHN FARRELL, | : | |
|  Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| SETERUS, INC., | : | |
|  Movant, | : | CHAPTER 13 |
| | : | |
|  v. | : | RELATED TO CLAIM NO. |
| | : | |
| CHRISTOPHER JOHN FARRELL; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|  Respondents | : | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania 16506-4508
    Telephone: 814-833-2222, Extension 1045
    Direct Dial: 814-314-1051
    Facsimile: 814-833-6753
    E-Mail: mjanjanin@quinnfirm.com
    Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 13-11541TPA |
| | : | |
| CHRISTOPHER JOHN FARRELL, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| SETERUS, INC., | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. |
| | : | |
| CHRISTOPHER JOHN FARRELL; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|    Respondents | : | |

## CERTIFICATE OF SERVICE OF DECLARATION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 18, 2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: December 18, 2018

                                                Respectfully submitted,

                                                QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                                BY:    /s/Michael S. JanJanin
                                                          Michael S. Jan Janin, Esquire
                                                          PA Id. No. 38880
                                                          2222 West Grandview Boulevard
                                                          Erie, Pennsylvania  16506-4508
                                                          Telephone: 814-833-2222, Extension 1045
                                                          Direct Dial: 814-314-1051
                                                          Facsimile: 814-833-6753
                                                          E-Mail: mjanjanin@quinnfirm.com
                                                          Counsel for Debtor

#1179735