Form 317 (63b–D)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Christopher J. Farrell** | : | Case No. 13−11541−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

　　　In a Chapter 13 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a ***Statement of Completion*** evidencing completion of a personal financial management course, or alternatively, a ***Certification*** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is no later than the date when the last payment was made by the Debtor as required by the plan or the filing of a motion for a discharge under *11 U.S.C. §1328(b)* of the Bankruptcy Code. Furthermore, *11 U.S.C. §1328(g)(1)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

　　　In this case, the Debtor(s) failed to timely file a certification substantially conforming to *Official Form No. 423*, i.e., a ***Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management***, that reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation, and/or a ***Certification of Discharge Eligibility***.

　　　**AND NOW**, this **The 22nd of March, 2019** , it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order**. Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

cm: Debtor

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas P. Agresti, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-11541-TPA
Christopher J. Farrell                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: jmar            Page 1 of 2            Date Rcvd: Mar 22, 2019
                      Form ID: 317          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2019.
```
db              +Christopher J. Farrell,    5017 East Lake Road,    Erie, PA 16511-1418
cr              +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
                 51 East Bethpage Road,    Plainview, NY 11803-4224
13780355       ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                 (address filed with court:   Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
13782784        +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13771878        +Creditech,    50 N. 7th St.,    Bangor, PA 18013-1791
13771879        +First Federal Credit,    24700 Chagrin Blvd.,    Suite 2,    Cleveland, OH 44122-5662
13771881        +GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
13774698        +Harborcreek Township,    5601 Buffalo Rd.,    Harborcreek, PA 16421-1698
13774699        +J.P. Morgan Chase Bank,    700 Kansas Lane,    Monroe, LA 71203-4774
13771882        +JP Morgan Chase Bank, NA,    3415 Vision Dr.,    Columbus, OH 43219-6009
13771883        +KML Law Group PC,    Suite 5000 BNY Independence,    701 Market St.,
                 Philadelphia, PA 19106-1538
13774700        +Mortgage Electronic Registration Systems,    P.O. Box 2026,    Flint, MI 48501-2026
13774701         North American Mortgage,    P.O. Box 808031,    Petaluma, CA  94976
13771884        +Saint Vincent Health Center,    232 W. 25th St.,    Erie, PA 16544-0001
13771885        +State Collection Service,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13774702        +Washington Mutual Bank,    3883 Airway Dr.,    Santa Rosa, CA 95403-1670
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13771877         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 23 2019 02:30:37     Capital One Bank,
                 P. O. Box 85520,    Richmond, VA  23285
13844940         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2019 02:30:04
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13771886        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 23 2019 02:27:31      U. S. Trustee's Office,
                 1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
13771888        +E-mail/Text: BankruptcyNotice@upmc.edu Mar 23 2019 02:28:03      UPMC Hamot,    201 State Street,
                 Erie, PA 16550-0001
13771887        +E-mail/Text: ebn@unique-mgmt.com Mar 23 2019 02:27:56      Unique National Collection,
                 119 E. Maple St.,    Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 5
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JPMORGAN CHASE BANK, N.A.
cr               Nationstar Mortgage LLC d/b/a Mr. Cooper
cr               Seterus, Inc. as the authorized subservicer for Fe
cr*             +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
13771880       ##+FMC Technologies,    5875 N. Sam Houston Pkwy W.,    Houston, TX 77086-1497
                                                                                   TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                                    Signature: /s/Joseph Speetjens

```
District/off: 0315-1              User: jmar                    Page 2 of 2                  Date Rcvd: Mar 22, 2019
                                  Form ID: 317                  Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
               andygornall@latouflawfirm.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              Michael S. Jan Janin    on behalf of Debtor Christopher J. Farrell mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```