**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/22/19 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CHRISTOPHER J. FARRELL

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:13-11541 TPA

Chapter 13

Document No.: 61

## ORDER OF COURT

AND NOW, this __22nd__ day of __March__, 20__19__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). ~~The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.~~

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

ljm

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 13-11541-TPA
Christopher J. Farrell                                              Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: bsil              Page 1 of 2           Date Rcvd: Mar 22, 2019
                              Form ID: pdf900         Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
```
db            +Christopher J. Farrell,    5017 East Lake Road,    Erie, PA 16511-1418
cr            +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
               51 East Bethpage Road,    Plainview, NY 11803-4224
13780355     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court:   Americredit Financial Services, Inc.,    PO Box 183853,
               Arlington TX 76096)
13782784      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
13771878      +Creditech,    50 N. 7th St.,    Bangor, PA 18013-1791
13771879      +First Federal Credit,    24700 Chagrin Blvd.,    Suite 2,    Cleveland, OH 44122-5662
13771881      +GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
13774698      +Harborcreek Township,    5601 Buffalo Rd.,    Harborcreek, PA 16421-1698
13774699      +J.P. Morgan Chase Bank,    700 Kansas Lane,    Monroe, LA 71203-4774
13771882      +JP Morgan Chase Bank, NA,    3415 Vision Dr.,    Columbus, OH 43219-6009
13771883      +KML Law Group PC,    Suite 5000 BNY Independence,    701 Market St.,
               Philadelphia, PA 19106-1538
13774700      +Mortgage Electronic Registration Systems,    P.O. Box 2026,    Flint, MI 48501-2026
13774701       North American Mortgage,    P.O. Box 808031,    Petaluma, CA  94976
13771884      +Saint Vincent Health Center,    232 W. 25th St.,    Erie, PA 16544-0001
13771885      +State Collection Service,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13774702      +Washington Mutual Bank,    3883 Airway Dr.,    Santa Rosa, CA 95403-1670
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13771877       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 23 2019 02:31:06      Capital One Bank,
               P. O. Box 85520,    Richmond, VA  23285
13844940       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2019 02:30:08
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13771886      +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 23 2019 02:27:31      U. S. Trustee’s Office,
               1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
13771888      +E-mail/Text: BankruptcyNotice@upmc.edu Mar 23 2019 02:28:03      UPMC Hamot,    201 State Street,
               Erie, PA 16550-0001
13771887      +E-mail/Text: ebn@unique-mgmt.com Mar 23 2019 02:27:56      Unique National Collection,
               119 E. Maple St.,    Jeffersonville, IN 47130-3439
                                                                                              TOTAL: 5
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Seterus, Inc. as the authorized subservicer for Fe
cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
13771880     ##+FMC Technologies,    5875 N. Sam Houston Pkwy W.,    Houston, TX 77086-1497
                                                                                     TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                               Signature:  /s/Joseph Speetjens

```
District/off: 0315-1          User: bsil                Page 2 of 2            Date Rcvd: Mar 22, 2019
                              Form ID: pdf900           Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
               andygornall@latouflawfirm.com
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
               heather@mvrlaw.com, Michelle@mvrlaw.com
              James Warmbrodt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
               bkgroup@kmllawgroup.com
              Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
               jeniece@mvrlaw.com, bonnie@mvrlaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              Michael S. Jan Janin    on behalf of Debtor Christopher J. Farrell mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```