FILED
4/2/19 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | BANKRUPTCY NO. 13-11541TPA |
| CHRISTOPHER JOHN FARRELL, Debtor | THE HON. THOMAS P. AGRESTI |
| | CHAPTER 13 |
| CHRISTOPHER JOHN FARRELL, Movant | Rel to Doc No. 73 |
| v. | |
| NO RESPONDENT | |

## ORDER

AND NOW, to-wit, this 2nd day of April, 2019, upon consideration of the Motion to Vacate Order Dated March 22, 2019 and Grant Chapter 13 Discharge filed by the Debtor, Christopher John Farrell, and it further appearing that the Debtor has now filed his Debtor Education Certificate and Certificate of Discharge Eligibility, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Order dated March 22, 2019 denying the Debtor his Chapter 13 discharge is VACATED.

2. The Bankruptcy Clerk shall process the Debtor's Chapter 13 Discharge.

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

#1200161

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-11541-TPA
Christopher J. Farrell                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: bsil            Page 1 of 2          Date Rcvd: Apr 02, 2019
                              Form ID: pdf900       Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2019.
```
db          +Christopher J. Farrell,   5017 East Lake Road,   Erie, PA 16511-1418
cr          +Federal National Mortgage Association,   c/o Rosicki, Rosicki & Associates, P.C.,
             51 East Bethpage Road,   Plainview, NY 11803-4224
13780355   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:  Americredit Financial Services, Inc.,   PO Box 183853,
             Arlington TX 76096)
13782784    +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
13771878    +Creditech,   50 N. 7th St.,   Bangor, PA 18013-1791
13771879    +First Federal Credit,   24700 Chagrin Blvd.,   Suite 2,   Cleveland, OH 44122-5662
13771881    +GM Financial,   P.O. Box 181145,   Arlington, TX 76096-1145
13774698    +Harborcreek Township,   5601 Buffalo Rd.,   Harborcreek, PA 16421-1698
13774699    +J.P. Morgan Chase Bank,   700 Kansas Lane,   Monroe, LA 71203-4774
13771882    +JP Morgan Chase Bank, NA,   3415 Vision Dr.,   Columbus, OH 43219-6009
13771883    +KML Law Group PC,   Suite 5000 BNY Independence,   701 Market St.,
             Philadelphia, PA 19106-1538
13774700    +Mortgage Electronic Registration Systems,   P.O. Box 2026,   Flint, MI 48501-2026
13774701     North American Mortgage,   P.O. Box 808031,   Petaluma, CA  94976
13771884    +Saint Vincent Health Center,   232 W. 25th St.,   Erie, PA 16544-0001
13771885    +State Collection Service,   2509 S. Stoughton Rd.,   Madison, WI 53716-3314
13774702    +Washington Mutual Bank,   3883 Airway Dr.,   Santa Rosa, CA 95403-1670
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13771877     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2019 02:54:27    Capital One Bank,
              P. O. Box 85520,   Richmond, VA  23285
13844940     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 02:53:48
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13771886    +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 03 2019 02:49:58    U. S. Trustee's Office,
              1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
13771888    +E-mail/Text: BankruptcyNotice@upmc.edu Apr 03 2019 02:50:23    UPMC Hamot,   201 State Street,
              Erie, PA 16550-0001
13771887    +E-mail/Text: ebn@unique-mgmt.com Apr 03 2019 02:50:20    Unique National Collection,
              119 E. Maple St.,   Jeffersonville, IN 47130-3439
                                                                                               TOTAL: 5
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A.
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr              Seterus, Inc. as the authorized subservicer for Fe
cr*            +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
13771880     ##+FMC Technologies,   5875 N. Sam Houston Pkwy W.,   Houston, TX 77086-1497
                                                                                 TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-1         User: bsil              Page 2 of 2            Date Rcvd: Apr 02, 2019
                             Form ID: pdf900        Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
           andygornall@latouflawfirm.com
          Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
           heather@mvrlaw.com, Michelle@mvrlaw.com
          James Warmbrodt    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
           bkgroup@kmllawgroup.com
          Jeniece D. Davis    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc..
           jeniece@mvrlaw.com, bonnie@mvrlaw.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           pabk@logs.com
          Michael S. Jan Janin    on behalf of Debtor Christopher J. Farrell mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com;mtrayer@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```